IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONDA CASALMAN**                                                                                          **PLAINTIFF**

V.                                  **CASE NO.: 3:10CV00034 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                            **DEFENDANT**

## JUDGMENT

Plaintiff's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 7th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE